**Edward C. HILL, Jr., Plaintiff–
Appellant,**

v.

**William S. COHEN, Secretary,
Department of Defense,
Defendant–Appellee.**

No. 01–1089.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Edward C. Hill, Jr., pro se. Edward
John Martin, Office of the United States
Attorney, Alexandria, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Edward C. Hill, Jr., appeals the district court's order dismissing his action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hill v. Cohen*, No. CA–00–1373–A (E.D.Va. Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

George A. Staten, pro se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.